FILED

12/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0492

IN THE SUPREME COURT OF THE STATE OF MONTANA
CAUSE NO: DA 24-0492

ROBERT SAYERS,
             Plaintiff and Appellant,

        vs.

CHOUTEAU COUNTY,
             Defendant and Appellee.

ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR
EXTENSION TO FILE BRIEF IN SUPPORT OF APPEAL

On Appeal from the Montana Twelfth Judicial District Court,
Chouteau County, the Honorable Kaydee Snipes Ruiz, Presiding

Upon review of the Appellant's Unopposed Motion For Extension To File Brief In Support of Appeal, and for good cause appearing therefore;

IT IS HEREBY ORDERED that the Appellant's Unopposed Motion For Extension To File Brief In Support Of Appeal is hereby granted. Appellant shall have up to and including January 26, 2025 to file his Appeal Brief.

Dated this ___ day of December, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 18 2024